| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | ROBERT M. CARLIN |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant |
| | ALFONSO MEXICANO BLAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00759 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; [] ORDER |
| vs. | ) | |
| | ) | |
| ALFONSO MEXICANO BLAS, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through Special Assistant United States Attorney Carolyne Sanin, and Defendant ALFONSO MEXICANO BLAS ("Mr. Mexicano"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from November 8, 2012, at 9:00 a.m., to November 29, 2012, at 9:00 a.m.

1. Mr. Mexicano has been charged in an Information with a violation of 8 U.S.C. § 1326 (a) and (b).

2. A status conference before this Honorable Court has been scheduled for November 8, 2012, at 9:00 a.m.

STIPULATION TO CONTINUE HEARING;
[] ORDER
No. CR 12-00759 DLJ

1

3. Counsel for Mr. Mexicano needs additional time to review the discovery provided to date, and additional discovery may yet be provided, and to meet and to further discuss the case with Mr. Mexicano.

4. Mr. Mexicano respectfully requests that the status hearing be continued as requested, and agrees to the exclusion of time from November 8 to November 29, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

5. Accordingly, the parties request that the status hearing be continued from November 8 to November 29, 2012.

IT IS SO STIPULATED.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

/s/
_____
Dated: November 5, 2012              ROBERT M. CARLIN
                                     Assistant Federal Public Defender

UNITED STATES ATTORNEY

/s/
_____
Dated: November 5, 2012
                                     CAROLYNE SANIN
                                     Special Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender
STIPULATION TO CONTINUE HEARING;
[] ORDER
No. CR 12-00759 DLJ

2

1  ROBERT M. CARLIN
   Assistant Federal Public Defender
2  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
3  Telephone:  (408) 291-7753

4  Counsel for Defendant
   ALFONSO MEXICANO BLAS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00759 DLJ |
| Plaintiff, | [] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE |
| vs. | |
| ALFONSO MEXICANO BLAS, | |
| Defendant. | |

**[] ORDER**

1. 1. Mr. Mexicano has been charged in an Information with a violation of 8 U.S.C. § 1326 (a) and (b).

2. A status conference before this Honorable Court has been scheduled for November 8, 2012, at 9:00 a.m.

3. Counsel for Mr. Mexicano needs additional time to review the discovery provided to date, and additional discovery may yet be provided, and to meet and to further discuss the case with Mr. Mexicano.

//

STIPULATION TO CONTINUE HEARING;
[] ORDER
No. CR 12-00759 DLJ

3

1    4. There is good cause for the requested continuance, and the "ends of justice" served by
2 taking such action "outweigh the best interest of the public and the defendant in a speedy trial."
3 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from November 8 to November 29, 2012, is
4 excluded pursuant to section § 3161 (h)(7)(A).
5    5. The status hearing in this matter shall be continued from November 8 to November
6 29, 2012, at 9:00 a.m.
7    IT IS SO ORDERED.

Dated: _____   _____
HON. F0NQY GNN JENSEN
United States District Judge

STIPULATION TO CONTINUE HEARING;
[] ORDER
No. CR 12-00759 DLJ

4